*In re* CARMEN APONTE REYES.

*Número:* TS-5574                    *Resuelto:* 15 de marzo de 2002

*Sheila I. Vélez Martínez, Directora Ejecutiva del Colegio de Abogados de Puerto Rico; Carmen Aponte Reyes, pro se.*

## RESOLUCIÓN

Evaluada la solicitud de la querellada, Carmen Aponte Reyes, así como la Moción informativa presentada por el Colegio de Abogados, se autoriza su reinstalación al ejercicio de la abogacía y de la notaría.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Carmen E. Cruz Rivera
*Secretaria del Tribunal Supremo Interina*